**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramiro Lucio LEAL–CHAVEZ, Defendant–Appellant.**

**No. 15–14638**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 15, 2016.

Monica Michelle Beamer, Wifredo A. Ferrer, Daniel Matzkin, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Katherine Anna Carmon, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, FAY, and EDMONDSON, Circuit Judges.

PER CURIAM:

Ramiro Lucio Leal–Chavez appeals his 60–month sentence, imposed below the guideline range, after being convicted of illegal entry after deportation, in violation of 8 U.S.C. § 1326. The district court did not err by considering the nature of Leal–Chavez's prior conviction; Leal–Chavez's constitutional arguments are foreclosed by binding Supreme Court and Eleventh Circuit precedent. *See Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct.

---

1219, 140 L.Ed.2d 350 (1998); *United States v. Beckles,* 565 F.3d 832 (11th Cir. 2009); *United States v. Spears,* 443 F.3d 1358 (11th Cir.2006).

AFFIRMED.